Arthur McNeil III

vs.   Case No.
         5:25-cv-103-KKM-PRL

Congress/A Library Of Congress

① Sueing over stolen Merriam Webster Dictionary's, Book's New World Thesaurus

② Sueing Mr. Moto, Sueing over Death On The Nile by Agatha Cristy

③ Sueing over N.F. N.F.E.T.C.
Nancy Footen It
Nancy Bear Footing

RECEIVED
Date: 2/11/25
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT of FLORIDA
OCALA, FLORIDA

Read Entire Lawsuit
And All Subsequint Documents
(See All Attached Documents)

Arthur M. Notz III

vs.   Case No.

Congress/Library of Congress

## Lawsuit

List of Charges Against All...

① Threatening My Household Income And Veteran Disability, Stronghold, Medical Insurance Policy, Disability Actively All Claiming Mental Instability,

② Threatening My Medical Status, Monetary Status, Veterans Benefits, Household Stronghold, Family Stability, Mental Stability, Family Holding's And Medical Insurance Police... And Threatening My Families Dynamic's,

③ Rape Meaning <u>Defile</u> Definition.
④ Child Abuse/Neglect/Birth Defect Scar face/HareLip/Cleft Palate
⑤ Harassment/Heresy
⑥ Invasion of Privacy
⑦ False Charge's
⑧ Slander
⑨ Trespassing; me And House
⑩ Stalking; me

