UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ARTHUR M. NOTZ III,
    Plaintiff,

v.                        Case No. 5:25-cv-103-KKM-PRL

CONGRESS, A LIBRARY OF CONGRESS,
    Defendants.
_____

### ORDER

Arthur Notz initiated this action by filing a civil rights complaint. (Doc. 1.) He failed to pay the filing fee or move for leave to proceed in forma pauperis. The Court's February 13, 2025 standing order instructed Notz that he must pay the filing fee or move to proceed in forma pauperis within 30 days. (Doc. 2.) Notz moved to proceed in forma pauperis. (Doc. 3.) On March 12, 2025, the Court denied Notz's motion because he did not qualify as a pauper and instructed him to pay the $405 filing fee within 30 days or face dismissal of his case. (Doc. 5, p. 1.) To date, Notz has failed to comply with the Court's order.

Accordingly, this case is **DISMISSED without prejudice** for failure to comply with the Court's earlier order and for failure to timely pay the filing fee. *See* Local Rule 6.04(b) ("In an in forma pauperis action by a person in custody, the judge can order the person to pay the clerk's and the marshal's fee. Failure to pay can result in dismissal of the action."). The **CLERK** is directed to enter a judgment of dismissal without prejudice and to **CLOSE** this case.

**ORDERED** in Ocala, Florida on April 21, 2025.

*Kathryn Kimball Mizelle*
Kathryn Kimball Mizelle
United States District Judge